UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY M. REPKE,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____/

Case No. 16-14256

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
R. STEVEN WHALEN

**ORDER ADOPTING REPORT AND RECOMMENDATION [16]; DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [13]; AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [14]**

Plaintiff Kelly Repke seeks judicial review of an Administrative Law Judge's determination that she was no longer entitled to Social Security Income Benefits. Plaintiff filed a Motion for Summary Judgment [13] on April 6, 2017. Defendant filed a Motion for Summary Judgment [14] on April 24, 2017. Plaintiff filed a Response [15] on May 24, 2017.

On December 27, 2017, the Magistrate Judge issued an R&R [16] recommending that the Court deny Plaintiff's Motion [13] and grant Defendant's Motion [14]. Neither party has filed any objection to the R&R.

1

The Court having reviewed the record, the R&R [16] is hereby **ADOPTED**[1] and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [13] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [14] is **GRANTED**.

**SO ORDERED**.

|  |  |
|---|---|
|  | s/Arthur J. Tarnow |
|  | Arthur J. Tarnow |
| Dated: February 21, 2018 | Senior United States District Judge |

---

[1] The Court makes note of what it perceives to be an error in the R&R. To the extent that the R&R uses "March 6, 2013" as the date on which Plaintiff was found disabled, [Dkt. #16 at 2], the Court strikes "March 6, 2013" and replaces it with "March 6, 2007."